IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GENARO ALVAREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv333 |
| NEDERLAND CHEMICAL | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Plaintiff Genaro Alvarez, proceeding *pro se*, filed this lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted. Additionally, the Magistrate Judge recommended declining the exercise of supplemental jurisdiction.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 9] is ADOPTED as the opinion of the Court. The exercise of supplemental jurisdiction is DECLINED. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 9th day of April, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge